1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF WASHINGTON

9

10   ROSENDO O. ESPARZA,            )
                                    )   No.  CV-05-3037-MWL
11                 Plaintiff,       )
                                    )
12   v.                             )   ORDER FOR STIPULATED REMAND
                                    )
13   JO ANNE B. BARNHART,           )
     Commissioner of Social         )
14   Security,                      )
                                    )
15   _____Defendant._____     )

16

17        The parties have filed a stipulation for remand of the above

     captioned case to the Commissioner for further administrative
18
     proceedings.  (Ct. Rec. 24).  The parties have consented to
19
     proceed before a magistrate judge.  (Ct. Rec. 7).
20
          Based on the forgoing stipulation of the parties, **it is**
21
     **hereby ORDERED** that this case be remanded to the Commissioner for
22
23   a finding of disability beginning from Plaintiff's amended alleged

24   onset date of April 18, 1997, based on his application filed on

25   July 16, 1998.

26   ///

27   ///

28

     ORDER FOR STIPULATED REMAND - 1

1    **IT IS FURTHER ORDERED**:  Judgment shall be entered for the

2  **PLAINTIFF**.  An application for attorney fees and costs may be

3  filed by separate motion.  This remand is pursuant to sentence

4  four of 42 U.S.C. § 405(g).  The District Court Executive is

5  directed to enter this Order, forward copies to counsel, and

6  thereafter shall close this file.

7

8    DATED this 5th day of December 2005.

9

10

                                S/ Michael W. Leavitt
11                               MICHAEL W. LEAVITT
                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28